# UNITED STATES *v.* WASHINGTON RAILWAY & ELECTRIC COMPANY.

This case is governed by the decision of the court in *United States* v. *Capital Traction Co.* ante, 592.

No. 2093.   Submitted January 4, 1910.   Decided April 5, 1910.

In ERROR to the Police Court of the District of Columbia.
                                         *Judgment affirmed.*

*Mr. Daniel W. Baker,* United States Attorney for the District of Columbia, and *Mr. F. Sprigg Perry,* Assistant for the plaintiff in error.

*Mr. Joseph J. Darlington* and *Mr. George P. Hoover* for the defendant in error.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This case comes here from an order of the police court of the District of Columbia sustaining a motion to quash an information charging appellee company with unlawfully failing to operate its street cars so as to give passage to all persons desirous of the use of said cars, without overcrowding the same. The information in this case is identical with that in the case of *United States* v. *Capital Traction Co.* decided at the present term [ante, 592]. For the reasons expressed in the opinion in that case, the judgment of the police court is affirmed, and it is so ordered.                                    *Affirmed.*